**No. 10-7348. Victor Lorenzana, Petitioner v. United States.**

562 U.S. 1124, 131 S. Ct. 837, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9732.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 380 Fed. Appx. 13.

**No. 10-7509. Richard Lamont Lighty, Petitioner v. United States.**

562 U.S. 1124, 131 S. Ct. 845, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9748.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 382 Fed. Appx. 276.

**No. 10-7539. Tyrone Hunter, Petitioner v. United States.**

562 U.S. 1124, 131 S. Ct. 846, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9817.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 386 Fed. Appx. 1.

**No. 10-7506. In re Tyrone Mason, Petitioner.**

562 U.S. 1107, 131 S. Ct. 845, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9792.

December 13, 2010. Petition for writ of habeas corpus denied.

**No. 10-7606. In re Maurice Holloman, Petitioner.**

562 U.S. 1107, 131 S. Ct. 847, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9723,

December 13, 2010. Petition for writ of habeas corpus denied.

**No. 10-7620. In re Steve Wilhelm, Petitioner.**

562 U.S. 1107, 131 S. Ct. 847, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9807.

December 13, 2010. Petition for writ of habeas corpus denied.

**No. 10-525. In re William E. Orcutt, Petitioner.**

562 U.S. 1107, 131 S. Ct. 831, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9701.

December 13, 2010. Petition for writ of mandamus denied.

**No. 10-6835. In re Allen Andrew Love, Petitioner.**

562 U.S. 1107, 131 S. Ct. 823, 178 L. Ed. 2d 580, 2010 U.S. LEXIS 9670.

December 13, 2010. Petition for writ of mandamus denied.